**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| EXIGENCE LLC * | |
| * | |
| Plaintiff * | |
| * | |
| V. * | |
| * | NO: 4:09CV00915   SWW |
| CATLIN UNDERWRITING AGENCY * | |
| US, Inc., ET AL. * | |
| * | |
| Defendants | |

**ORDER**

Plaintiff Exigence LLC ("Exigence") brings this action seeking a declaratory judgment regarding duties owed under an insurance policy. Before the Court is Exigence's motion for a protective order (docket entry #36), which is joined by Defendants Catlin Underwriting Agency US, Inc. and Certain Underwriters at Lloyd's of London (docket entry #38). Defendant Courtney Baylark has filed a response (docket entry #39), and Exigence has filed a reply (docket entry #43).

IT IS HEREBY ORDERED that the joint motion for a protective order (docket entries #36, #38) is GRANTED to the extent that the parties are directed to postpone the depositions of corporate representatives until such time as the Court decides Defendant Baylark's motion to compel (docket entry #41).

IT IS FURTHER ORDERED that the parties' joint motion for an extension of deadlines (docket entry #34) is GRANTED. The discovery deadline is hereby extended to August 1, 2010, and the motions deadline is extended to September 1, 2010. Because the extended deadlines do

not allow sufficient time for a decision on dispositive motions before the November 1, 2010 trial date, the trial date is CONTINUED, and a new trial date will be set by separate order.[1]

    IT IS SO ORDERED THIS 1ST DAY OF JUNE, 2010.

                                               /s/Susan Webber Wright

                                               UNITED STATES DISTRICT JUDGE

---

[1] By text entry order dated May 18, 2010, the Court advised the parties that the agreed, proposed deadlines set forth in the joint motion to extend time did not allow sufficient time for a decision on dispositive motions before trial. The parties have not provided the Court notice that they agree to a continuance of the trial date. However, in light of the current discovery dispute, it is clear that the current deadlines are unworkable and that extended deadlines and a continuance of the trial date are unavoidable.