**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


EXIGENCE LLC                                    *
                                                *
              Plaintiff                         *
                                                *
V.                                              *
                                                *     NO: 4:09CV00915   SWW
CATLIN UNDERWRITING AGENCY                      *
US, Inc., ET AL.                                *
                                                *
              Defendants


**ORDER**

Plaintiff Exigence LLC ("Exigence") brings this action seeking a declaratory judgment

regarding duties owed under an insurance policy.   Before the Court is Defendant Courtney

Baylark's unopposed motion for relief  from  deadlines (docket entry #66) and a joint motion to

extend deadlines by Plaintiff Exigence LLC and Defendants Catlin Underwriting Agency U.S.,

Inc. and Certain Underwriters at Lloyds of London (docket entry #68).

IT IS HEREBY ORDERED that Defendant Baylark's unopposed motion for relief

(docket entry #66) is GRANTED.  Baylark is excused from filing pretrial materials required

under the Court's scheduling order.

IT IS FURTHER ORDERED that the joint motion for extensions (docket entry #68) is

GRANTED to the extent that deadline for dispositive motions is extended up to and including

January 3, 2011. **The parties are advised that given the current trial setting, extensions of**

**deadlines for responses and replies to dispositive motions are not possible.**  As provided in

the Court's scheduling order, the parties are permitted to conduct discovery beyond the

discovery deadline if all parties are in agreement to do so; *however, the Court will not be available to resolve any disputes which arise during the course of this extended discovery.*

IT IS SO ORDERED THIS 15TH  DAY OF OCTOBER, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE